# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CARL L. NICHOLSON, JR.**                                                  **PLAINTIFF**

**V.**                         **CIVIL ACTION NO. 2:16-CV-152-KS-MTP**

**THOMAS E. GARMON, JR.,** *et al.*                             **DEFENDANTS**

## ORDER

As Plaintiff voluntarily dismissed his claims against all Defendants [23, 24, 26], this case no longer presents a live case or controversy, and it is hereby **closed**.

SO ORDERED AND ADJUDGED, on this, the 22nd day of November, 2016.

                                       *s/Keith Starrett*
                                       UNITED STATES DISTRICT JUDGE